UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                                                        )
**TRNS, LLC**                                                  )
**Plaintiff,**                                                         )        **CIVIL ACTION NO.**
                                                                        )        **3:16-CV-00392-VAB**
                                                                        )
**VS.**                                                                )
                                                                        )
**ELLEN RATNER**                                          )        **JULY 1, 2016**
**Defendant.**                                                   )
_____)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action hereby stipulate and agree that this action be dismissed without prejudice. All parties agree to bear their own costs and attorneys' fees.

**THE PLAINTIFF**
**TRNS, LLC**

/s/ Amanda L. Sisley_____
Amanda L. Sisley, Esq. (ct27930)
BLOCK, JANNEY & ASSOCIATES, LLC
138 Main Street
Norwich, CT 06360
Telephone: 860-889-3855
Fax: 860-886-6352
E-mail: asisley@bjplawyers.com

1

**THE DEFENDANT**
**ELLEN RANTER**

/s/ Richard C. Robinson _____
Richard C. Robinson, Esq. (ct04321)
Pullman & Comley, LLC
90 State House Square
Hartford, CT 06103-3702
Telephone: 860-424-4300
Fax: 860-424-4370
E-Mail: rrobinson@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2016, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or my mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ Amanda L. Sisley_____
Amanda L. Sisley, Esq. (ct27930)
BLOCK, JANNEY & ASSOCIATES, LLC
138 Main Street
Norwich, CT 06360
Telephone: 860-889-3855
Fax: 860-886-6352
E-mail: asisley@bjplawyers.com

M:\ALS\TRNS\stip of dismissal without prejudice.docx